DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'09 JAN 29 11:22USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Clayton Stoner**

**Plaintiff,**

vs.

Civil No. 08-cv-0249-HA

**Commissioner of Social Security**

**Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.15, costs in the amount of $9.90, and attorney's fees in the amount of $3,595.28 pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 29 day of January, 2009.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES